JASON FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

R. THOMAS COLONNA
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Email: richard.colonna@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BRIDGET BARRON; individually; TIFFANY DAVIS, individually,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; UNITED STATES POSTAL SERVICE a federal agency; LOUIS DeJOY Postmaster General of the United States Postal Service; HEATHER SCANLON, a USPS employee; DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-0142-CDS-DJA<br><br>**Stipulation and Order**<br><br>**(First Request)** |

Plaintiffs Bridget Barron and Tiffany Davis, and Defendants United States of America, United States Postal Service and Louis DeJoy, Postmaster General of the United States Postal Service ("Federal Defendants") hereby stipulate to extend the time for the Federal Defendants to file an Answer or otherwise respond to Plaintiff's Complaint with two weeks, from March 25, 2024, to April 8, 2024.

This extension will allow undersigned counsel adequate time to receive and review any file materials or information from the client agency, the United States Postal Service.

Undersigned defense counsel has consulted with Plaintiff's counsel, Mr. Kennedy, who advises that he does not object to the request for extension requested herein.

1  For the above reasons, Federal Defendants respectfully request this extension of
2  time, from March 25, 2024, to April 8, 2024, to file an Answer or otherwise respond to
3  Plaintiff's Complaint.
4  This stipulated request is filed in good faith and not for the purposes of undue delay.
5  Respectfully submitted this 19th day of March 2024.

                                                JASON M. FRIERSON
                                                United States Attorney

*/s/Kirk T. Kennedy*                        */s/ R. Thomas Colonna*
KIRK T. KENNEDY, ESQ.               R. THOMAS COLONNA
Nevada Bar No: 5032                      Assistant United States Attorney
815 S. Casino Center Blvd.              501 Las Vegas Blvd. So., Suite1100
Las Vegas, NV 89101                      Las Vegas, Nevada 89101
*Attorney for Plaintiffs*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 3/20/2024