JASON FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

R. THOMAS COLONNA
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Email: richard.colonna@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BRIDGET BARRON; individually; TIFFANY DAVIS, individually, <br><br> Plaintiffs <br><br> v. <br><br> UNITED STATES OF AMERICA; UNITED STATES POSTAL SERVICE, a federal agency; LOUIS DeJOY Postmaster General of the United States Postal Service; HEATHER SCANLON, a USPS employee; DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive, <br><br> Defendants | Case No. 2:24-cv-00142-CDS-DJA <br><br> **Stipulation to Dismiss Certain Defendants and to Update Case Caption and Docket Sheet** |

      Plaintiffs Bridget Barron and Tiffany Davis, and Defendant United States of America, hereby stipulate to dismiss with prejudice and remove from the case caption Defendants United States Postal Service, Louis DeJoy, Postmaster General of the United States Postal Service, and Heather Scanlon.

      The basis for dismissing these parties and removing them from the caption is that the exclusive remedy for the negligent or wrongful act or omission of an employee of the United States acting in the scope of office or employment under the Federal Tort Claims Act is an action against the United States. See 28 U.S. Code § 2679. The United States is properly named as a defendant in this matter. Based on the parties' meet-and-confer efforts, the parties reached the following stipulations:

1. Under Federal Rule of Civil Procedure 15(a)(2), the parties respectfully request that defendants United States Postal Service, Louis DeJoy, Postmaster General of the United States Postal Service and Heather Scanlon be dismissed with prejudice and the caption be amended to reflect said dismissal.

2. That the docket sheet be updated accordingly.

Respectfully submitted this 12th day of April 2024.

                                  JASON M. FRIERSON
                                  United States Attorney

/s/Kirk T. Kennedy                   /s/ R. Thomas Colonna
KIRK T. KENNEDY, ESQ.            R. THOMAS COLONNA
Nevada Bar No: 5032                Assistant United States Attorney
815 S. Casino Center Blvd.          501 Las Vegas Blvd. So., Suite1100
Las Vegas, NV 89101               Las Vegas, Nevada 89101
*Attorney for Plaintiffs*

Based on the parties' stipulation, the court construes this request as a voluntary dismissal. "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Because the parties have filed a stipulation to dismiss certain defendants, the United States Postal Service, Louis DeJoy, Postmaster General of the United States Postal Service, and Heather Scanlon are dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of Court is kindly instructed to terminate those defendants.

                                  _____
                                  UNITED STATES DISTRICT JUDGE
                                  DATED: April 15, 2024